Hulcher Soya Products, Inc., Plaintiff-Appellee, v. Millers' Mutual Fire Insurance Association et al., Defendants-Appellants.

Gen. No. 9,981. 

Third District.

February 18, 1955.

Released for publication March 7, 1955.

Giffin, Winning, Lindner & Newkirk, and Heineke and Conklin, for appellants; Alfred F. Newkirk, and Paul H. Heineke, of counsel; A. M. Fitzgerald, for appellee. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.